# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:20-cr-61 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| KEVIN LEE DIXON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on January 18, 2024 (Doc. No. 41.).[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on February 7, 2024. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Unauthorized Use of Drugs;
3. Unauthorized Use of Drugs;
4. Unauthorized Use of Drugs; and
5. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on February 7, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

---

[1] A follow-up Violation Report was filed on January 24, 2024, to provide an update on drug testing.

A final supervised release violation hearing was conducted on February 26, 2024. Present were the following: Assistant United States Attorney Toni Beth Schnellinger, representing the United States; Attorney Anthony Koukoutas, representing the defendant; the defendant Kevin Lee Dixon, and United States Probation Officers Brandon Cruz and Camil Croft.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

IT IS ORDERED that the defendant's term of supervised release is modified to include the following condition:

**Residential Substance Abuse Treatment**: Immediately upon release from custody, defendant must participate in residential substance abuse treatment and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

On February 27, 2024, defendant is to be transported to the U.S. Marshal Service in Cleveland and released so that he may be transported directly to a residential substance abuse treatment program.

**IT IS SO ORDERED**.

Dated: February 26, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**